UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

L. RUTHER,

      **Plaintiff,**

-vs-                                                Case No. 6:07-cv-1872-Orl-18DAB

UNITED STATES SUPREME COURT
OFFICERS,

      **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis (Doc. No. 3) filed January 24, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the complaint dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed[1], the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 30, 2008 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Leave to Proceed in Forma Pauperis (Doc. No. 3) is **DENIED**.

    3.    The Complaint is **DISMISSED**.

---

[1] The Court has reviewed the Motion for Leave to Proceed in Forma Pauperis filed after the issuance of the Report and Recommendation (Doc. 5) and does not construe it as an objection.

4.  Plaintiff may file an amended complaint within eleven (11) days from the date of this Order that meets the requirements of Rule 8 of the Federal Rules of Civil Procedure that the complaint contain "a short and plain statement of the grounds upon which the court's jurisdiction depends" and "a short and plain statement of the claim showing that the pleader is entitled to relief."

5.  Failure of the Plaintiff to file an amended complaint within the time allowed and that meets the requirements as set forth above, will result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  2 /  day of February, 2008.

```
                                      JOHN ANTOON II
                                      United States District Judge
```

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party