# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**L. RUTHER,**
    **Plaintiff**

**-vs-**                                                                **Case No. 6:07-cv-1872-Orl-18DAB**

**UNITED STATES SUPREME COURT OFFICERS,**
    **Defendant**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO APPEAL IN FORMA PAUPERIS (Doc. No. 15)**
>
> **FILED:**     **July 29, 2008**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Upon an affidavit of indigency, any court of the United States may authorize a party to proceed *in forma pauperis*. 28 U.S.C. § 1915(a). However, "an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The good faith standard is an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). An appeal is not taken in good faith if the issue presented is frivolous. *Id.*

Here, Plaintiff is apparently appealing the Court's dismissal of Plaintiff's complaint and Amended complaint (Doc. Nos. 8, 10, 12 and 13). As set forth in the Court's prior Report and Recommendation (Doc. No. 4), the complaints did not set forth an identifiable claim within the Court's limited jurisdiction and were therefore properly dismissed. The Notices of Appeal (Doc. Nos. 10 and 13), like the complaints themselves, are largely unintelligible and do not appear to alter that position. As such, Plaintiff's current position, to the extent it can be ascertained, is without arguable merit and is therefore frivolous.

It is therefore **respectfully recommended** that the Court **certify** that the appeal is not taken in good faith. If the Court so certifies in writing, the application should be denied pursuant to 28 U.S.C. § 1915(a)(3).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 30, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy