UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

L. RUTHER,

    Plaintiff,

-vs-                                    Case No. 6:07-cv-1872-Orl-18DAB

UNITED STATES SUPREME COURT
OFFICERS,

    Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Motion to Appeal In Forma Pauperis (Doc. No. 15) filed July 29, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 30, 2008 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Court certifies that Plaintiff's appeal is not taken in good faith.

    3.    Plaintiff's Motion to Appeal In Forma Pauperis (Doc. No. 15) is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this __21__ day of August, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party